# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ANNE M. HART.,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-007-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

     The decision of defendant Michael Astrue, Commissioner of Social Security, is reversed and remanded to the Social Security Administration for further proceedings.


JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____8/11/08_____
Date