IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANNE M. HART,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-07-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiff Anne M. Hart's petition for an award of attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 is GRANTED. Plaintiff is awarded attorney fees and costs in the amount of $6,066.55.

_____    12/31/08
Peter Oppeneer, Clerk of Court            Date